UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 16-230 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ISMAEL ACEVEDO SANCHEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:   Violation of the Conditions of Pretrial Release

<u>Date of Detention Hearing</u>:   May 20, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   In February 2003, defendant was charged with Distribution of

DETENTION ORDER
PAGE -1

Methamphetamine in the Northern District of Iowa, case number CR03-9.  He was released on an appearance bond.  On February 27, 2003, defendant's pretrial services officer filed a memorandum alleging that defendant had violated the conditions of pretrial release by failing to report to pretrial services, leaving his residence without permission, and failing to participate as ordered in a location monitoring program.  A bench warrant was issued and defendant was arrested in this District.

2. At defendant's first appearance, the parties indicated that they wish to explore the possibility of a Rule 20 transfer to this District.  A status hearing has been set for Monday May 23, 2016.  The government has moved to detain defendant and defendant does not contest detention.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of May, 2016.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3